# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Shawn D. Gardiner | Case No.: 23-11275 |
| | Chapter 13 |
| | Judge Magdeline D. Coleman |
| Debtor(s) | * * * * * * * * * * * * * * * * * |
| Mill City Mortgage Loan Trust 2018-3 | Related Document # 50 |
| Movant, | |
| vs | |
| Shawn D. Gardiner | |
| Helen L. Johnson | |
| Kenneth E. West, Trustee | |
| Respondents. | |

## PRAECIPE OF WITHDRAWAL OF MOTION FOR APPROVAL OF LOAN MODIFICATION
## (DOCKET NO. 50)

Now comes Mill City Mortgage Loan Trust 2018-3 ("Creditor") by and through counsel, and hereby withdraws its Motion for Approval of Loan Modification which was filed in this Court on October 24, 2023. The Motion for Approval of Loan Modification needs to be withdrawn because Creditor has received HAF funds to bring the loan current.

.

Respectfully submitted,

/s/Alyk L. Oflazian
_____

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.

23-010514_SCS2

Contact email is
ALOflazian@manleydeas.com

23-010514_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-11275** |
| **Shawn D. Gardiner** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Mill City Mortgage Loan Trust 2018-3** : | **Related Document # 50** |
| **Movant,** : | |
| vs : | |
| : | |
| **Shawn D. Gardiner** : | |
| **Helen L. Johnson** : | |
| **Kenneth E. West, Trustee** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Motion for Approval of Loan Modification (Docket No. 50) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Shawn D. Gardiner, mail@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Shawn D. Gardiner and Helen L. Johnson, 1015 E. Durham St., Philadelphia, PA  19150-3418

/s/Alyk L. Oflazian

23-010514_SCS2