**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | CASE NO.: 23-11275-MDC |
| ) | |
| Shawn D. Gardiner, ) | |
| ) | |
| Debtor ) | CHAPTER 13 |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2024, I caused to be served a true and correct copy of the foregoing Objection to Confirmation by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Shawn D. Gardiner
1015 E Durham St
Philadelphia, PA 19150

Via CM / ECF / NEF

MICHAEL A. CIBIK
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

United States Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118