**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Shawn D. Gardiner,<br><br>        Debtor | CASE NO.: 23-11275-MDC<br><br><br><br>CHAPTER 13 |

**ORDER OF COURT**

AND NOW, this ___ day of _____, 20__, upon consideration of the Objection by Capital One Auto Finance, a division of Capital One, N.A., confirmation of the Proposed Fourth Amended Plan is denied by the Court.

BY THE COURT:

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE