# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 23-11275-AMC |
| | ) | |
| Shawn D. Gardiner, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### PRAECIPE TO WITHDRAW OBJECTION OF CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO CONFIRMATION OF DEBTOR'S PROPOSED FOURTH AMENDED PLAN

To the Clerk:

Kindly mark the Objection of Capital One Auto Finance, a division of Capital One, N.A. to Confirmation of Debtor's Proposed Fourth Amended Plan filed on February 14, 2024 WITHDRAWN without prejudice.

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATE: 4/18/2024

BY: /s/ Regina Cohen
Regina Cohen
State Bar #57272
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA 19106
(215) 351-7551
Attorney for Capital One Auto Finance, a division of Capital One, N.A.