IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                         :
                                              :    Chapter 13
    SHAWN D. GARDINER                         :
                                              :
                                              :    Case No. 23-11275 (AMC)
                                    Debtor.   :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan, filed on April 30th, 2024 [Docket No. 83].

                                             Respectfully submitted,

                                             THE CITY OF PHILADELPHIA

Dated: May 1, 2024               By:    /s/ Pamela Elchert Thurmond
                                                  PAMELA ELCHERT THURMOND
                                                  Senior Attorney
                                                  PA Attorney I.D. 202054
                                                  City of Philadelphia Law Department
                                                  Tax & Revenue Unit
                                                  1401 JFK Blvd., 5th Floor
                                                  Philadelphia, PA  19102-1595
                                                  215-686-0508 (phone)
                                                  215-686-0588 (facsimile)
                                                  Email: Pamela.Thurmond@phila.gov