United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shawn D. Gardiner  
    Debtor

Case No. 23-11275-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2024      Form ID: 155      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn D. Gardiner, 1015 E Durham St, Philadelphia, PA 19150-3418 |
| 14778458 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 14778472 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14778474 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14779532 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2024 00:09:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778463 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822673 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia Law Department, Tax & Revenue Unit, 1401 JFK Blvd,, 5th Floor, Phila., PA 19102 |
| 14817466 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | Water Revenue Bureau, C/O Pamela Elchert Thurmond, City of Philadelphia Law Department, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14807120 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14778459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2024 00:09:57 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14778460 | | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2024 00:09:57 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2024 00:09:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14791436 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2024 00:09:48 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14782608 | + | Email/PDF: ebn_ais@aisinfo.com | May 04 2024 00:09:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14778461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:54 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14778462 | | Email/Text: bankruptcy@philapark.org | | |

Case 23-11275-amc   Doc 90   Filed 05/05/24   Entered 05/06/24 00:30:22   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 155 | Total Noticed: 37 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 03 2024 23:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14778464 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2024 23:56:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14778465 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14778466 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 04 2024 00:09:57 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14778467 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2024 23:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14797343 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 03 2024 23:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14779530 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2024 00:09:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14781499 | | Email/Text: amps@manleydeas.com | May 03 2024 23:56:00 | Mill City Mortgage Loan Trust 2018-3, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14797330 | + | Email/Text: mtgbk@shellpointmtg.com | May 03 2024 23:56:00 | Mill City Mortgage Loan Trust 2018-3, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14779859 | + | Email/Text: RASEBN@raslg.com | May 03 2024 23:56:00 | Mill City Mortgage Loan Trust 2018-3, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14778468 | | Email/PDF: cbp@omf.com | May 04 2024 00:09:49 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14793943 | + | Email/Text: bankruptcygroup@peco-energy.com | May 03 2024 23:56:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14778469 | | Email/Text: fesbank@attorneygeneral.gov | May 03 2024 23:56:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14778470 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14778472 | ^ | MEBN | May 03 2024 23:54:02 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14778473 | ^ | MEBN | May 03 2024 23:53:55 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14778475 | + | Email/Text: bankruptcy@philapark.org | May 03 2024 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14780229 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2024 00:09:54 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779667 | + | Email/Text: RASEBN@raslg.com | May 03 2024 23:56:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14778476 | | Email/Text: mtgbk@shellpointmtg.com | May 03 2024 23:56:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14778477 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 04 2024 00:09:53 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14778478 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 03 2024 23:56:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 155 | Total Noticed: 37 |

14778479            ^   MEBN
                                                     May 03 2024 23:53:51      U.S. Department of Justice, 950 Pennsylvania Ave
                                                                               NW, Washington, DC 20530-0009

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14790124 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14778471 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Mill City Mortgage Loan Trust 2018-3 amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Mill City Mortgage Loan Trust 2018-3 amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shawn D. Gardiner help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mill City Mortgage Loan Trust 2018-3 mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Shawn D. Gardiner<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−11275−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 3, 2024                                                    For The Court

                                                                                               Ashely M. Chan
                                                                                               Judge, United States Bankruptcy Court