**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Shawn D. Gardiner** | **:** | **Case No.: 23-11275** |
| | **:** | **Chapter 13** |
| **Debtor(s).** | **:** | **Judge Ashely M. Chan** |
| | **:** | * * * * * * * * * * * * * * * * * * * * * * |
| | **:** | |
| | **:** | |

**<u>WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR</u>**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel

of record for creditor **Mill City Mortgage Loan Trust 2018-3** ("Creditor").  Alyk L. Oflazian is

no longer counsel for Creditor and should not receive future notices in this case.

/s/ Alyk L. Oflazian                              /s/ Stephen R. Franks
Alyk L. Oflazian (312912)                     Stephen R. Franks (333394)
MDK Legal                                        MDK Legal
P.O. Box 165028                                 P.O. Box 165028
Columbus, OH  43216-5028                    Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181           614-220-5611; Fax: 614-627-8181
ALOflazian@mdklegal.com                     srfranks@mdklegal.com

23-010514_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-11275** |
| **Shawn D. Gardiner** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Mill City Mortgage Loan Trust 2018-3** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Shawn D. Gardiner** | : | |
| **Helen L. Johnson** | : | |
| **Kenneth E. West** | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Shawn D. Gardiner, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Shawn D. Gardiner and Helen L. Johnson, 1015 E. Durham St., Philadelphia, PA  19150-
3418

/s/ Stephen R. Franks

23-010514_PS