United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11275-djb |
| Shawn D. Gardiner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn D. Gardiner, 1015 E Durham St, Philadelphia, PA 19150-3418 |
| 14778458 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 14778474 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 02 2025 01:57:00 | Mill City Mortgage Loan Trust 2018-3, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14779532 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 02:12:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778463 | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822673 | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | City of Philadelphia Law Department, Tax & Revenue Unit, 1401 JFK Blvd,, 5th Floor, Phila., PA 19102 |
| 14817466 | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | Water Revenue Bureau, C/O Pamela Elchert Thurmond, City of Philadelphia Law Department, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14807120 | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14778459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2025 02:13:03 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14778460 | | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 02:25:21 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14790123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 02:13:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 23-11275-djb    Doc 97    Filed 04/03/25    Entered 04/04/25 00:43:32    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14791436 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 02:12:43 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14782608 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 02 2025 02:13:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14778461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2025 02:13:09 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14778462 | | Email/Text: bankruptcy@philapark.org | Apr 02 2025 01:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14778464 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2025 01:57:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14778465 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 02 2025 01:57:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14778466 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 02 2025 02:12:42 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14778467 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2025 01:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14797343 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 02 2025 01:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14779530 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 02:13:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14781499 | | Email/Text: amps@manleydeas.com | Apr 02 2025 01:57:00 | Mill City Mortgage Loan Trust 2018-3, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14797330 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2025 01:57:00 | Mill City Mortgage Loan Trust 2018-3, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14779859 | + | Email/Text: RASEBN@raslg.com | Apr 02 2025 01:57:00 | Mill City Mortgage Loan Trust 2018-3, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14778468 | | Email/PDF: cbp@omf.com | Apr 02 2025 02:13:04 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14793943 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 02 2025 01:57:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14778469 | | Email/Text: fesbank@attorneygeneral.gov | Apr 02 2025 01:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14778470 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2025 01:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14778472 | ^ | MEBN | Apr 02 2025 02:01:30 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14778473 | ^ | MEBN | Apr 02 2025 02:01:06 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14778475 | | Email/Text: bankruptcy@philapark.org | Apr 02 2025 01:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14780229 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 02:13:11 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779667 | + | Email/Text: RASEBN@raslg.com | Apr 02 2025 01:57:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | #202, Fairfield, NJ 07004-2927 |
| 14778476 | | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2025 01:57:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14778477 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2025 02:12:37 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14778478 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2025 01:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14778479 | ^ | MEBN | Apr 02 2025 02:00:58 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14790124 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14778471 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

**Name**    **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Mill City Mortgage Loan Trust 2018-3 amps@manleydeas.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Shawn D. Gardiner help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Mill City Mortgage Loan Trust 2018-3 mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

REGINA COHEN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

Stephen Franks

    on behalf of Creditor Mill City Mortgage Loan Trust 2018-3 amps@manleydeas.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SHAWN D. GARDINER<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-11275 |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 1, 2025**

_____
Derek J. Baker
Bankruptcy Judge